UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON MOHLMAN,

            Plaintiff,                      Case No. 2:25-cv-11033

v.                                    Hon. Brandy R. McMillion
                                       United States District Judge

                                       Hon. Anthony P. Patti
SALEM TOWNSHIP, *et al.*,          United States Magistrate Judge

            Defendants.

_____/

## ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 38) AND GRANTING DEFENDANT'S MOTION TO DISMISS (ECF NO 31)

Plaintiff Aaron Mohlman ("Mohlman") filed this *pro se* civil rights action against Salem Township ("Salem") and Milan Towing & Recovery, doing business as Budget Stadium Towing ("Milan") (collectively, "Defendants") seeking damages and equitable relief for the removal of personal property pursuant to a state court-ordered enforcement of a local ordinance. *See generally* ECF No. 1. In answering the Complaint, Milan filed a cross claim against Salem for contribution and indemnification for any liability found under Mohlman's Complaint. *See* ECF No. 10, PageID.30. Mohlman is proceeding *in forma pauperis*. ECF Nos. 2, 5.

This matter was referred to Magistrate Judge Anthony P. Patti for all pretrial matters. ECF No. 13. On December 4, 2025, Salem filed a Motion to Dismiss. ECF

1

No. 31.  On June 15, 2026, Judge Patti issued a Report and Recommendation ("R&R") recommending that the Court grant Salem's Motion to Dismiss, decline to exercise jurisdiction over the state law claims in Counts I, II and IV and the state law claims against Milan, and dismiss the federal claims against Milan with prejudice pursuant 28 U.S.C. 1915(e)(2)(B) and/or Fed R. Civ. P. 12(b)(1).  *See* ECF No. 38. At the end of the R&R, Judge Patti advised the parties that to seek review of his recommendation, they had to file specific objections with the Court within 14 days of service of the R&R.  *Id.* at PageID.213-214.  As of the date of this Order, July 8, 2026—23 days since Judge Patti issued the R&R—no parties have filed objections to the R&R or contacted the Court to ask for more time to file objections.

The failure to object to an R&R releases the Court from its duty to independently review the matter.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions").  Similarly, failure to object to an R&R forfeits any further right to appeal.  *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because neither party objected to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Defendant's Motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that Salem's Motion to Dismiss (ECF No. 31) is **GRANTED**. Counts IV (to the extent it is based on the U.S. Constitution) and V against Salem are ***dismissed with prejudice***. Counts I, and II, and Count IV (to the extent it is based on Michigan's Constitution) are ***dismissed without prejudice*** to be re-filed in state court, if Plaintiff so desires.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Milan Towing & Recovery, Inc. are **DISMISSED** pursuant to 42 U.S.C. § 1915(e)(2)(B)(ii). The state law claims against Milan are ***dismissed without prejudice*** to be refiled in state court, if Plaintiff so desires. All federal claims against Milan are ***dismissed with prejudice***.

**IT IS FURTHER ORDERED** that Plaintiff's remaining pending motions—Motions for Preliminary Injunction (ECF Nos. 36, 40) and Motion for Recusal (ECF No. 41) are **DENIED AS MOOT**.

***This is a final order that closes the case.***

**IT IS SO ORDERED.**

Dated: July 8, 2026                               s/Brandy R. McMillion
    Detroit, Michigan                        HON. BRANDY R. MCMILLION
                                   United States District Judge

3